# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**  ☐ Under Seal

**Judge Assigned:** PTG

City: 
Superseding Indictment: 
**Criminal No.** 1:25-cr-310

County: 
Same Defendant: 
New Defendant: 

Magistrate Judge Case No.: 
**Arraignment Date:** 

Search Warrant Case No.: 
R. 20/R. 40 From: 

## Defendant Information:

**Defendant Name:** Ho Chung Suh a/k/a "Scott Suh"   Alias(es):   ☐ Juvenile   FBI No.

Address: 

Employment: 

Birth Date:   SSN:   Sex:   Race:   Nationality: 

Place of Birth:   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos: 

☒ Interpreter   **Language/Dialect:** Korean   Auto Description: 

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in: 

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☒ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name: Brooke Rupert   ☐ Court Appointed   Counsel Conflicts: 

Address:   ☐ Retained

Phone:   ☒ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Gavin R. Tisdale   Phone: (703) 838-2625   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §§ 1344, 1349 | conspiracy to commit bank fraud | | |
| Set 2: | | | | |

Date:   AUSA Signature: /s/ Gavin R. Tisdale   *may be continued on reverse*